STATE OF NEW JERSEY v. WESLEY OLIVER.

June 3, 1986.

Petition for certification denied.

NEW JERSEY BUILDERS ASSOCIATION, ET AL. v. THE MAYOR AND TOWNSHIP COMMITTEE OF BERNARDS TOWNSHIP, SOMERSET COUNTY.

June 3, 1986.

Petition for certification granted.

THOMAS J. CARROLL PRECAST CONSTRUCTION COMPANY, A/K/A T.J.C. PRECAST, ETC. v. THE HARTFORD INSURANCE COMPANY, ET AL.

June 3, 1986.

Petition for certification denied.

MARYANN SULLIVAN v. WILLIAM G. TARGETT.

June 3, 1986.

Petition for certification denied.